Prob12B
D/NV Form
Rev. March. 2007

# United States District Court

for

## the District of Nevada

**FILED**

MAY 13 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____DEPUTY

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
### May 13, 2013

**Name of Offender:** ANDREW CRISOSTOMO

**Case Number:** 2:11-cr-049-RLH-LRL

**Name of Sentencing Judicial Officer:** Honorable Roger L. Hunt

**Date of Original Sentence:** July 7, 2011

**Original Offense:** Unlawful Possession of Postal Keys

**Original Sentence:** 13 months custody, 3 years supervised release

**Date Supervision Commenced:** September 30, 2012

## PETITIONING THE COURT

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓ To modify the conditions of supervision as follows:

1. **Reside in Residential Re-entry Center** - You shall reside at and participate in the C.A.R.E. program of a residential re-entry center for a period of up to seven months as approved and directed by the probation officer. If you test positive for alcohol/ a controlled substance or violate the conditions of the C.A.R.E. program, you will be taken into custody for a minimum custodial period of seven days. Additionally, you shall refrain from the use and possession of any synthetic/ designer drug or any mind and/or body altering substance. Use or possession of any these synthetic/designer drugs will result in your termination from the C.A.R.E. program.

## CAUSE

On May 13, 2013, Mr. Crisostomo appeared before Your Honor as a result of a petition to revoke his term of supervised release. At the hearing, the parties agreed to and requested that Mr. Crisostomo be allowed to enter the CARE program in lieu of revocation. Your Honor agreed and ordered that the conditions of supervision be modified to include the above listed condition.

Prob12B
D/NV Form
Rev. March. 2007

RE: ANDREW CRISOSTOMO

Should Your Honor have any further questions, please contact the below listed officer (702)527-7324.

Respectfully submitted,

D. RUSSELL ELLIS
Senior United States Probation Officer

APPROVED: /s/ HS

## THE COURT ORDERS:

_____ No action

_____ The extension of supervision as noted above

__X__ The modification of conditions as noted above

_____ Other

Signature of Judicial Officer

May 13, 2013
Date